IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**BECKLEY**

MARCUS T. WILLIAMSON,

           Plaintiff,

v.                                                    CIVIL ACTION NO. 5:04-0859

MARTY ANDERSON, Warden,
Federal Correctional Institution,
Beckley, West Virginia, *et al*.,

           Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **GRANTS** Defendants' Motion to Dismiss, **DENIES** Plaintiff's Cross-Motion for Summary Judgment, **DENIES** Plaintiff's objections, and **ORDERS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

           ENTER:     March 16, 2006

           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE